# Court of Appeals
# of the State of Georgia

ATLANTA, December 21, 2021

*The Court of Appeals hereby passes the following order*

**A22I0084. DENTISTRY AT CAMP CREEK v. TIMOTHY JACKSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20EV005857



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, December 21, 2021.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*